IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RANDY SPENCER,

    Plaintiff,

v.                                        CASE NO.  5:14-cv-258-RS-GRJ

YOUNG KWON, et al.,

    Defendants.
_____/

## ORDER

Before me is the December 23, 2014, Magistrate Judge's Report and Recommendation (Doc. 22), and Plaintiff's Motion for Relief from Order on Time Limitation (Doc. 37). On January 27, 2015, I granted Plaintiff's Motion for Extension of Time (Doc. 35), and ordered Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation not later than February 13, 2015. Doc. 36. Plaintiff has failed to file any objections. Instead, Plaintiff filed a motion purporting to request a stay in this case because "this District court is bias [sic] and acts as an attorney for the defendants." Doc. 37. Plaintiff argues that he "cannot receive an impartial ruling in this court where these bias [sic] judges act as lawyers for the defendants." *Id.*

On January 6, 2015, I denied Plaintiff's motion for recusal. Doc. 31. Plaintiff has offered no facts to support his allegation that my impartiality might reasonably

be questioned. *See* 28 U.S.C. § 455(a). Moreover, I have never heard of the "Gulf County Correctional Institution Disciplinary Program." Doc. 31. Plaintiff's dislike of any rulings unfavorable to his position is not enough to evidence partiality.

To date, no objections to the Magistrate Judge's Report and Recommendation have been filed. Accordingly, I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 22) is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** for failure to comply with an order of the Court that ordered him to file an amended complaint and to file a motion to proceed *in forma pauperis* or pay the filing fee.

3. Alternatively, this case is **DISMISSED without prejudice** for failure to state a claim.

4. The Clerk is directed to close this case.

**ORDERED** on February 20, 2015.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**